IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL C. SAIN,

        Plaintiff,               No. CIV S-05-2628 DFL CMK P

      vs.

BOARD OF PRISON TERMS,

        Defendants.

_____/        ORDER

        Plaintiff brings this civil rights action pursuant to 42 U.S.C. § 1983.  This proceeding was referred to the undersigned by Local Rule 72-302 by the authority of 28 U.S.C. § 636(b)(1).  On March 26, 2006, plaintiff filed a request for an extension of time to file an amended complaint.

        Good cause appearing, IT IS ORDERED THAT plaintiff is granted thirty days from the date this order is filed to file his amended complaint.  Failure to file an amended complaint may result in a recommendation that this action be dismissed.  See Local Rule 11-110.

DATED:  April 3, 2006.

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE