IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL C. SAIN,

    Plaintiff,                           No. CIV S-05-2628 DFL CMK P

    vs.

J. GREEN, et al.,

    Defendants.                     <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action filed pursuant to 42 U.S.C. § 1983.  By order filed May 26, 2006, plaintiff's complaint was dismissed with leave to file an amended complaint.  Plaintiff has now filed an amended complaint.

        Plaintiff asserts that defendants have established religion in violation of the First Amendment by demanding that he participate in a drug treatment program that is based upon religious practices and beliefs.  Plaintiff seeks monetary damages as well as prospective relief. Requiring inmates to participate in drug treatment programs which are based on the concept of a higher power to which participants are forced to submit is a violation of the First Amendment. Accordingly, plaintiff's second amended complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b).  If the allegations of the amended complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.  The court, therefore, finds that service is appropriate and will direct service by the U.S. Marshal without pre-payment of costs.  Plaintiff is informed, however, that this action cannot proceed further until plaintiff complies with this order.  Plaintiff is warned that failure to comply with this order may

1

result in dismissal of the action.  See Local Rule 11-110.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Service is appropriate for the following defendants: J. Green, T. Woody, D. Hurd, the Sacramento County Board of Prison Terms, and the State of California.

2. The Clerk of the Court shall send plaintiff five USM-285 forms, one summons, an instruction sheet and a copy of the amended complaint filed June 27, 2006.

3. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

    a. The completed Notice of Submission of Documents;

    b. One completed summons;

    c. One completed USM-285 form for each defendant listed in number 1 above; and

    d. six copies of the endorsed amended complaint filed June 27, 2006.

4. Plaintiff need not attempt service on defendants and need not request waiver of service.  Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. Plaintiff requests injunctive relief in his complaint, however, plaintiff has not filed a proper motion for injunctive relief.  Accordingly, his request for injunctive relief is denied without prejudice to his brining a proper motion for such.

DATED: November 1, 2006.

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9                    FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11          Plaintiff,                          No. CIV
12    vs.
13                                              NOTICE OF SUBMISSION
14          Defendants.                         OF DOCUMENTS
15 _____/
16          Plaintiff hereby submits the following documents in compliance with the court's
17 order filed _____:
18          _____        completed summons form
19          _____        completed USM-285 forms
20          _____        copies of the _____
                                      Amended Complaint
21 DATED:
22
23                                              _____
                                                Plaintiff
24
25
26