IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL C. SAIN,

        Plaintiff,                   No. CIV S-05-2628 DFL CMK P

    vs.

J. GREEN, et al.,

        Defendants              <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C.§ 1983. Plaintiff asserts that defendants have established religion in violation of the First Amendment by demanding that he participate in a drug treatment program that is based upon religious practices and beliefs.  Plaintiff seeks monetary damages as well as prospective relief.  The court has determined that this case may be appropriate for appointment of counsel.

        The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. <u>Mallard v. United States Dist. Court</u>, 490 U.S. 296, (1989).  In certain exceptional circumstances, however, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). <u>Terrell v. Brewer</u>, 935 F.2d 1015 (9th Cir. 1990); <u>Wood v. Housewright</u>, 900 F.2d 1332 (9th Cir. 1990).  In

1

this case the court is not sure whether those exceptional circumstances exist or not. Therefore, this court will refer this case to the civil rights panel in this district for review.

Plaintiff is cautioned while the case is under review, he has responsibility to continue to prosecute his action. The court is not staying the litigation pending the review; rather the review and continued processing of this case will take place at the same time. No scheduled dates in this litigation have been vacated. Also, it may ultimately turn out that volunteer counsel may not be procurable for plaintiff's case.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to copy the contents of the file and forward it to the University of California, King Hall Civil Rights Clinic; and

2. The Civil Rights Clinic shall inform the court of their decision concerning acceptance of this case within thirty days of the date of this order. The Civil Rights Clinic shall advise the court of its decision by letter bearing the caption of this case sent to the United States District Court, 501 "I" Street, Suite 4-200, Sacramento, California 95814-2322.

DATED: October 31, 2006.

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE