IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL C. SAIN,

        Plaintiff,                No. CIV S-05-2628 DFL CMK P

    vs.

BOARD OF PRISON TERMS,

        Defendants.

_____/        ORDER TO SHOW CAUSE

        Plaintiff brings this civil rights action pursuant to 42 U.S.C. § 1983. This proceeding was referred to the undersigned by Local Rule 72-302 by the authority of 28 U.S.C. § 636(b)(1). By order filed November 2, 2006, the court found that service was appropriate for five defendants. Plaintiff was sent materials for service of process and directed to return the required documentation for service to the court within thirty days. To date, plaintiff has not returned the required documentation.

///

///

///

///

///

1  IT IS ORDERED that, within ten days of the date of this order, plaintiff shall show
2 cause, in writing why he has failed to return the documentation required by the November 2, 2006
3 order.  Failure to respond to this order will result in a recommendation that this action be
4 dismissed for failure to prosecute.  <u>See</u> Local Rule 11-110.

6 DATED:  December 11, 2006.

                                             **CRAIG M. KELLISON**
                                             UNITED STATES MAGISTRATE JUDGE