```
                   UNITED STATES DISTRICT COURT
                FOR THE EASTERN DISTRICT OF CALIFORNIA


                 SAIN    v.   BOARD OF PRISONS

DATE:    August 24, 2007       CASE NO.    2:05-CV-2628-RRB


THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   MINUTE ORDER FROM CHAMBERS
               ADOPTING FINDINGS AND RECOMMENDATIONS
```

Plaintiff Michael C. Sain ("Plaintiff"), a state prisoner proceeding pro se, filed the above-entitled civil rights action under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to the Local Rules of the Eastern District of California.

On January 8, 2007, Magistrate Judge Craig M. Kellison filed Findings and Recommendations (Docket 25) herein, which were served on all parties and which contained notice to all parties that any objections to the Findings and Recommendations were to be filed within twenty days. Plaintiff did not file objections within the allotted time.

Inasmuch as the Court concludes the issues before it are based in law, i.e., legal disputes, and in accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, the Court has considered the relevant pleadings filed in this matter, and, noting no objection from Plaintiff, finds the Magistrate's Findings and Recommendations (Docket 25) to be supported by the record and by proper analysis.

Accordingly, **IT IS HEREBY ORDERED** that:

1.  The Findings and Recommendations (Docket 25) filed on January 8, 2007, are adopted in full;

2.  Plaintiff's Complaint is dismissed without prejudice.